## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| **CYVA RESEARCH HOLDINGS, LLC,** | |
| Plaintiff, | **Civil Action No. 2:13-cv-732-JRG** |
| v. | **LEAD CASE** |
| **PRICELINE.COM INC.,** *et al.*, | **JURY TRIAL DEMANDED** |
| Defendants. | |

### STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Plaintiff CYVA Research Holdings, LLC, and Defendant Travelocity.com LP pursuant to FED. R. CIV. P. 41(a)(2) and (c), hereby move for an order dismissing all claims and counterclaims in this action asserted between them WITH PREJUDICE with each Party to bear its own costs, expenses and attorneys' fees.

DATED May 23, 2014.                          Respectfully submitted,

                                             By: \s\ *Stevenson Moore*
                                             Hao Ni
                                             Texas Bar No. 24047205
                                             hni@nilawfirm.com
                                             Timothy T. Wang
                                             Texas Bar No. 24067927
                                             twang@nilawfirm.com
                                             Neal G. Massand
                                             Texas Bar No. 24039038
                                             nmassand@nilawfirm.com
                                             Stevenson Moore V
                                             Texas Bar No. 24076573
                                             smoore@nilawfirm.com

                                             **Ni, Wang & Massand, PLLC**
                                             8140 Walnut Hill Ln., Ste. 310
                                             Dallas, TX 75231
                                             Tel: (972) 331-4600
                                             Fax: (972) 314-0900

                                             **ATTORNEYS FOR PLAINTIFF CYVA
                                             RESEARCH HOLDINGS, LLC**

                                             */s/ Chris Carraway*
                                             J. Christopher Carraway
                                             (OR Bar No. 961723)
                                             chris.carraway@klarquist.com
                                             Lead Counsel
                                             Joseph T. Jakubek (OR Bar No. 950326)
                                             joseph.jakubek@klarquist.com
                                             KLARQUIST SPARKMAN, LLP
                                             121 S.W. Salmon Street, Suite 1600
                                             Portland, Oregon 97204
                                             Telephone: (503) 595-5300
                                             Facsimile: (503) 595-5301

                                             *ATTORNEYS FOR DEFENDANT
                                             TRAVELOCITY.COM LP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of May, 2014, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Eastern District of Texas, Marshall Division, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

/s/  *Stevenson Moore* ___
Stevenson Moore